IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM C. BRIDLE JR.,

    Plaintiff,

v.                                                                       No. 13cv0500 LAM

CAROLYN W. COLVIN, Acting Commissioner
of Social Security Administration,

    Defendant.

## ORDER DENYING WITHOUT PREJUDICE
## MOTION TO WITHDRAW

**THIS MATTER** is before the Court on Plaintiff's *Motion to Withdraw Representation and for Extension of Time for Plaintiff to Obtain Other Representation (Doc. 21)*, filed December 6, 2013, and Plaintiff's *Amended Motion to Withdraw Representation and for Extension of Time for Plaintiff to Obtain Other Representation (Doc. 22)*, filed December 9, 2013.[1]  The motion [*Doc. 21*] asks the Court to allow the Martone Law Firm to withdraw from representing Plaintiff, and states that Plaintiff consents to this withdrawal.  Having considered the motions, record of the case, and relevant law, the Court **FINDS** that the motions are not well-taken and shall be **DENIED without prejudice** because they fail to comply with the Court's local rules.

As explained in Local Rule 83.8, a motion to withdraw as counsel must indicate both consent of the client *and* either (1) notice of appointment of a substitute attorney, (2) or a statement of the client's intention to appear *pro se* and the client's address and telephone number.  *See*

---

[1] The amended motion indicates that the motion is not opposed by Defendant.

1

D.N.M. LR-Civ. 83.8(a).  These motions fail to notice the appointment of a substitute attorney for Plaintiff or his intention to appear *pro se* and his address and telephone number.  Plaintiff cannot be left without counsel for the obvious reasons that his interests will not be protected or represented and, without his address and phone number, he will not be notified of hearings or of documents filed in this case.  If Plaintiff wishes to proceed *pro se* during the time it takes him to obtain other counsel, Plaintiff's counsel must comply with the rules and provide notification of this intent and provide the Court with Plaintiff's current address and telephone number so that he can continue to receive notices of all pleadings filed in this case.

     **IT IS THEREFORE ORDERED** that, for the reasons stated above, Plaintiff's *Motion to Withdraw Representation and for Extension of Time for Plaintiff to Obtain Other Representation (Doc. 21)* and *Amended Motion to Withdraw Representation and for Extension of Time for Plaintiff to Obtain Other Representation (Doc. 22)*, are **DENIED without prejudice.**

     **IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**