IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM C. BRIDLE,

        Plaintiff,

v.    No. CV 13-0500 LAM

CAROLYN W. COLVIN,
Acting Commissioner of the Social
Security Administration,

        Defendant.

# ORDER GRANTING MOTION TO WITHDRAW AND TO EXTEND DEADLINES

**THIS MATTER** is before the Court on Plaintiff's counsel's *Second Motion to Withdraw Representation and for Extension of Time for Plaintiff to Obtain Other Representation (Doc. 24)*, filed December 10, 2013. Plaintiff's counsel, the Martone Law Firm, P.A., state that Plaintiff consents to the motion to withdraw and will proceed *pro se* until he notifies the Court of other representation. Having reviewed the motion, record of this case, and relevant law, the Court finds that the motion complies with Local Rule 83.8(a) and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Plaintiff's counsel's *Second Motion to Withdraw Representation and for Extension of Time for Plaintiff to Obtain Other Representation (Doc. 24)* is **GRANTED**.

**IT IS FURTHER ORDERED** that the Clerk of the Court shall modify the docket to reflect that Plaintiff is proceeding *pro se* in this case and add his contact information as set forth in [*Doc. 24*]. The Clerk of the Court shall also mail this Order to Plaintiff. Plaintiff is reminded that he has a continuing duty to notify the Clerk, in writing, of any change in his mailing address

and phone number, and is required to follow Federal Rules of Civil Procedure and the Local Civil Rules for the United States District Court of New Mexico.

**IT IS FURTHER ORDERED** that the briefing schedule in this case is extended by **thirty (30) days**, and Plaintiff's Motion to Reverse or Remand is now due by **January 6, 2014**; Defendant's response is due by **March 6, 2014**; and Plaintiff's reply is due by **March 21, 2014**. Plaintiff is cautioned that these deadlines will not be extended again absent a showing of exceptional cause, and *Plaintiff is required to prepare and file his Motion to Reverse or Remand by the deadline set herein even if he is unable to obtain other counsel*.

**IT IS SO ORDERED.**

_____
**LOURDES A. MARTÍNEZ**
**UNITED STATES MAGISTRATE JUDGE**
**Presiding by Consent**