IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

WILLIAM C. BRIDLE,

       Plaintiff,

v.                                                 No. CIV-13-0500 LAM

CAROLYN W. COLVIN, Acting Commissioner
of the Social Security Administration,

       Defendant.

# FINAL ORDER

       **PURSUANT TO** the *Memorandum Opinion and Order* entered concurrently herewith, the Court enters this *Final Order* under FED. R. CIV. P. 58, **GRANTING** *Plaintiff's Motion to Reverse or Remand Administrative Agency Decision (Doc. 29)* and **REMANDING** this case to the Commissioner of the Social Security Administration for further proceedings consistent with the *Memorandum Opinion and Order*.

       IT IS SO ORDERED.

                                                    _____
                                                    **THE HONORABLE LOURDES A. MARTINEZ**
                                                    **UNITED STATES MAGISTRATE JUDGE**
                                                    **Presiding by Consent**